Don Springmeyer, NSB No. 1021
Bradley Schrager, NSB No. 10217
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120-2234
Tel: (702) 341-5200
Fax: (702) 341-5300
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

Patrick Madden (*Admitted pro hac vice*)
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
pmadden@bm.net

Stuart McCluer, (*Admitted pro hac vice*)
**MCCULLEY MCCLUER PLLC**
1022 Carolina Blvd., Ste. 300
Charleston, SC 29451
Tel: (855) 467-0451
Fax: (662) 368-1506
smccluer@mcculleymccluer.com

*Attorneys for Plaintiffs and the proposed Classes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PRISCILLA HERNANDEZ, An Individual;
ABIGAIL ROBINSON, An Individual; And
TIFFANI WASHINGTON, an individual, on
behalf of themselves and all others similarly
situated,

      Plaintiffs,

v.

FP HOLDINGS, LP, a Nevada limited
partnership d/b/a Palms Casino Resort;
FIESTA PARENTCO, LLC, a Nevada limited
liability company; STATION CASINOS,
LLC, a Nevada limited liability company; NP
PALACE, LLC, a Nevada domestic limited
liability company d/b/a Palace Station Hotel &
Casino RED ROCK RESORTS, INC., a
Delaware corporation,

      Defendants.

Case No.: 2:18-cv-00321-RFB-PAL

**STIPULATION AND ORDER TO STAY
PROCEEDINGS AND EXTEND
DEADLINE FOR DEFENDANT TO
RESPOND TO THE COMPLAINT**

**(FIRST REQUEST)**

On February 21, 2018, Priscilla Hernandez, Abigail Robinson, and Tiffani Washington

("Plaintiffs"), on behalf of themselves and the proposed Class, filed the instant case against FP

Holdings, LP, a Nevada limited partnership d/b/a Palms Casino Resort; Fiesta Parentco, LLC, a

Nevada limited liability company; Station Casinos, LLC, a Nevada limited liability company; NP

Palace, LLC, a Nevada domestic limited liability company d/b/a Palace Station Hotel & Casino Red Rock Resorts, Inc., a Delaware corporation (collectively "Palms/Stations"). Plaintiffs and Palms/Stations, by and through their respective counsel of record, stipulate to: (1) stay this case pending a ruling on subject matter jurisdiction in *Cabral et al. v. Caesars Entertainment Corporation et al.*, Case No. 2:17-cv-02841-APG-VCF (the "Caesars Case"), another similar case filed by the same Plaintiffs' counsel; and (2) extend the current deadlines for Palms/Stations to respond to Plaintiffs' Complaint (ECF No. 1) until after the Court makes a determination of subject matter jurisdiction in the Caesars Case.

## I.     Background

On February 21, 2018, Plaintiffs filed the instant case against Palms/Stations, alleging that Palms/Stations improperly applied Clark County, Nevada's Combined Transient Lodging Tax to charges for internet access.  Relatedly, counsel for Plaintiffs has filed some fourteen additional lawsuits (the "Related Lawsuits" and, together with the instant action, the "Resort Fee Lawsuits") in this District Court that assert similar claims and requests for relief against other resort/hotel defendants:

- *Cabral et al. v. Caesars Entertainment Corporation et al.*, Case No. 2:17-cv-02841-APG-VCF (filed on November 10, 2017);

- *Phelps et al. v. MGM Resorts International et al.*, Case No. 2:17-cv-02848-APG-CWH  (filed on November 13, 2017);

- *Martinez et al. v. Las Vegas Sands Corp. et al.*, Case No. 2:17-cv-02859-APG-NJK (filed on November 14, 2017);

- *Schnitzer et al. v. Wynn Resorts, Ltd. et al.*, Case No. 2:17-cv-02868-RFB-GWF (filed on November 15, 2017);

- *Bowes, et al., v. Nevada Property 1 LLC, dba Cosmopolitan of Las Vegas,* Case No. 2:17-cv-02913-GMN-VCF (filed   on November 20, 2017);

- *Chapman v. Penn National Gaming, Inc. et al.*, Case No. 2:17-cv-02924-GMN-PAL (filed on November 21, 2017);

- *Shapiro v. Treasure Island, LLC*, Case No. 2:17-cv-02930-APG-CWH (filed on November 22, 2017);

- *Inman v. Las Vegas Resort Holdings, LLC*, Case No. 2:17-cv-02950-JAD-NJK (filed on November 28, 2017);

- *Robinson v. Westgate Resorts, Inc.,* Case No.: 2:19-cv-0095-JAD-CWH (filed on January 17, 2018)

- *Herrera, et al., v. American Casino & Entertainment Properties, LLC, et al.,* Case No. 2:18-cv-0218-JAD-PAL (filed on February 6, 2018);

- *Falcone v. Gaughan South LLC,* Case No. 2:18-cv-0234-GMN-GWF (filed on February 8, 2018)

- *Mason, et al., v. HRHH Hotel/Casino, LLC,* Case No. 2:18-cv-0036-RFB-CWH (filed on February 28, 2018);

- *Hanson v. Plaza Hotel & Casino, LLC,* Case No. 2:18-cv-00378-APG-NJK (filed on March 1, 2018); and,

- *Webster, et al., v. GNLV Corp., et al.,* Case No. 2:18-cv-00576-KJD-PAL (filed on March 29, 2018).

**II.  The Requested Stay and Deadline Extensions Will Conserve Resources for the Parties and the Court**

To avoid duplicative legal briefing and to efficiently address the common issue of subject matter jurisdiction, the parties to a group of the Resort Fee Lawsuits have entered into a separate agreement (the "Agreement"), attached hereto as Exhibit 1, to efficiently determine subject matter jurisdiction by filing a single motion to dismiss on the issue (the "Subject Matter Jurisdiction Motion") in the first-filed case, *i.e.*, the Caesars Case.  Under the Agreement, the signatory parties presently before Judge Gordon have agreed to consolidate their respective cases for the sole and limited purpose of allowing Judge Gordon to determine the issue of subject matter jurisdiction in one consolidated order.  On February 22, 2018, Judge Gordon granted the parties' request and

3

consolidated various Resort Fee Lawsuits before him.[1]

Additionally, the parties in the remaining cases, including now Palms/Stations, have collectively agreed to seek a stay of their respective cases pending a decision on the Subject Matter Jurisdiction Motion in the Caesars Case. While not binding on this Court, such a decision may nevertheless provide guidance, increase judicial efficiency, and decrease costs to both the Court and the parties. In fact, the parties have agreed to take certain actions in this litigation (as set forth more fully below) that are contingent on the outcome of the Subject Matter Jurisdiction Motion in the Caesars Case.

Thus, pursuant to the Agreement, Plaintiffs and Palms/Stations, by and through their undersigned counsel, stipulate that:

1. All matters in the instant case be stayed pending a determination of the Subject Matter Jurisdiction Motion in the Caesars Case.

2. If Judge Gordon finds the Court lacks subject matter jurisdiction and grants the Subject Matter Jurisdiction Motion, then either Plaintiffs will move the Court to voluntarily dismiss the instant case without prejudice, or Plaintiffs' counsel (who also are counsel in the Caesars Case) will appeal from Judge Gordon's order. If Plaintiffs' counsel decides to appeal, then Plaintiffs will request a continuation of the stay in this case, pending a resolution of the appeal. If, after appeal, the applicable court determines that there is no federal jurisdiction, then Plaintiffs will move the Court to voluntarily dismiss this case without prejudice.

3. If Judge Gordon finds he has subject matter jurisdiction and denies the Subject Matter Jurisdiction Motion, then Palms/Stations will not re-file the Subject Matter Jurisdiction Motion in this case.[2]

4. Palms/Stations's current deadline to respond to Plaintiffs' Complaint (ECF No. 1) is June 11, 2018. If Judge Gordon finds he has subject matter jurisdiction and

---

[1] *See* Order Granting Stipulations (ECF No. 21), Case No. 2:17-cv-02841-APG-VCF.

[2] As noted above, the parties recognize that this Court is not bound by Judge Gordon's ruling. Nothing in this stipulation shall limit any party's ability to respond to subject matter jurisdiction issues raised by this Court.

4

denies the Subject Matter Jurisdiction Motion, then Palms/Stations's deadline to respond to the Complaint shall be extended to 30 days from the date that the court in the Caesars Case enters a final order on the Subject Matter Jurisdiction Motion.

These stipulations between Plaintiffs and Palms/Stations will permit the efficient determination of a common legal issue that exists in multiple, related lawsuits, and conserve judicial and party resources. Notably, a stipulation requesting similar relief was recently granted by the Court in the related lawsuit of *Bowes et al. v. Nevada Property I LLC*, case no. 2:17-cv-02913-GMN-VCF (ECF No. 22).

Pursuant to the Agreement, filing of the Subject Matter Jurisdiction Motion does not constitute a waiver of any defense or argument and shall not preclude Palms/Stations from asserting any additional defenses or arguments at a later date, including, without limitation, any

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  defenses or motions permitted by Federal Rule of Civil Procedure 12(b). These stipulations are

2  made in good faith and not for purposes of delay.

3  Dated:    June 1, 2018

4  /s/ Don Springmeyer                              /s/ Robert A. Ryan
   Don Springmeyer                                  Robert A. Ryan
5  Bradley Schrager                                 PISANELLI BICE PLLC
   **WOLF, RIFKIN, SHAPIRO,**                        400 South 7th Street, Suite 300
6  **SCHULMAN & RABKIN, LLP**                        Las Vegas, Nevada 89101
   3556 E. Russell Road, 2nd Floor                  Telephone: (702) 214-2100
7  Las Vegas, Nevada 89120-2234                     Fax: (702) 214-2101
   Tel: (702) 341-5200                              RR@pisanellibice.com
8  Fax: (702) 341-5300
   dspringmeyer@wrslawyers.com                      *Counsel for Defendants*
9  bschrager@wrslawyers.com

10 Patrick Madden
   **BERGER & MONTAGUE, P.C.**
11 1622 Locust Street
   Philadelphia, Pennsylvania 19103
12 Tel: (215) 875-3000
   Fax: (215) 875-4604
13 pmadden@bm.net

14 Stuart H. McCluer
   **MCCULLEY MCCLUER PLLC**
15 1022 Carolina Blvd., Ste. 300
   Charleston, SC 29451
16 Tel: (855) 467-0451
   Fax: (662) 368-1506
17 smccluer@mcculleymccluer.com
   *Counsel for Plaintiffs and the Proposed*
18 *Class*

19

20        IT IS SO ORDERED.

21 DATE:                                            _____

22                                                  RICHARD F. BOULWARE, II
                                                    UNITED STATES DISTRICT JUDGE
23
                                                    DATED this  7th day of June, 2018.
24

25

26

27

28

# EXHIBIT 1

Agreement

Thomas H. Fell, Esq. (SBN 3717)
John D. Tennert, Esq. (SBN 11728)
FENNEMORE CRAIG, P.C.
300 S. Fourth St., Suite 1400
Las Vegas, NV  89101
Tel:  (702) 692-8000
tfell@fclaw.com; jtennert@fclaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA CABRAL, an individual, et al., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> vs.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation, et al.,<br><br>       Defendants. | CASE NO.:  2:17-cv-02841-APG-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO:**<br><br>**(1) EXTEND THE DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT (SECOND REQUEST) [ECF NO. 9];**<br><br>**(2) SET A DEADLINE FOR DEFENDANTS TO FILE A MOTION TO DISMISS ON THE BASIS OF SUBJECT MATTER JURISDICTION; AND**<br><br>**(3) STAY PLAINTIFFS' MOTION TO CONSOLIDATE [ECF NO 6.]**<br><br>      **-and-**<br><br>**REQUEST FOR STATUS CONFERENCE** |

On November 10, 2017, Margarita Cabral and numerous other named plaintiffs (the "Plaintiffs") filed the instant case against Caesars Entertainment Corporation and related entities (collectively, "Caesars") alleging that Caesars improperly applied Clark County, Nevada's Combined Transient Lodging Tax to charges for internet access.  Subsequently, counsel for Plaintiffs filed the following nine additional lawsuits (the "Subsequent Lawsuits") in this District Court:

- *Phelps et al. v. MGM Resorts International et al.*, Case No. 2:17-cv-02848-APG-CWH (filed on November 13, 2017);

- *Martinez et al. v. Las Vegas Sands Corp. et al.*, Case No. 2:17-cv-02859-APG-NJK (filed on November 14, 2017);

- *Schnitzer et al. v. Wynn Resorts, Ltd. et al.*, Case No. 2:17-cv-02868-RFB-GWF (filed on November 15, 2017);

- *Bowes et al. v. Nevada Property 1 LLC*, Case No. 2:17-cv-02913-GMN-VCF (filed on November 20, 2017);

- *Chapman v. Penn National Gaming, Inc. et al.*, Case No. 2:17-cv-02924-GMN-PAL (filed on November 21, 2017);

- *Shapiro v. Treasure Island, LLC*, Case No. 2:17-cv-02930-APG-CWH (filed on November 22, 2017);

- *Inman v. Las Vegas Resort Holdings, LLC*, Case No. 2:17-cv-02950-JAD-NJK (filed on November 28, 2017);

- *DiNino v. Four Seasons Hotels Inc.*, Case No. 2:17-cv-2961-JAD-GWF (filed on November 29, 2017); and

- *Robinson v. Westgate Resorts Inc.*, Case No. 2:18-cv-95-JAD-CDH (filed on January 17, 2018).

Each of the lawsuits filed by counsel for Plaintiffs (collectively, the "Resort Fee Lawsuits") contains virtually identical allegations and requests for relief. Each case will also likely involve a similar determination of whether the adjudicating court has subject matter jurisdiction over the action. Federal Rule of Civil Procedure 42 allows for the consolidation of multiple cases for the limited purpose of resolving common questions of law, including a determination of subject matter jurisdiction. *See* Fed. R. Civ. 42(a)(1); *see also Beddoe v. United States*, 1993 WL 134827, at *1 (E.D. Cal. Feb. 2, 1993) (consolidating cases under Rule 42(a) for the purpose of evaluating subject matter jurisdiction).

In an effort to avoid duplicative legal briefing and to efficiently address the common issue of subject matter jurisdiction, the parties to the Resort Fee Lawsuits have entered into a separate agreement (the "Agreement"), attached hereto as **Exhibit 1**. The purpose of the Agreement is to consolidate the lawsuits currently before Judge Gordon for the limited purpose

2

13665376

of determining subject matter jurisdiction so that this Court's ruling on that issue may be imputed to all of the Resort Fee Lawsuits.  In order to address the issue of subject matter jurisdiction in an efficient manner, the Agreement sets forth that the defendants to the Resort Fee Lawsuits  shall coordinate to present a single motion to dismiss on the basis of subject matter jurisdiction (the "Subject Matter Jurisdiction Motion"). The Subject Matter Jurisdiction Motion will be filed by Caesars in the instant case.

Pursuant to the Agreement, Plaintiffs and Caesars, by and through their undersigned counsel, hereby stipulate that:

1.  The current deadline of February 14, 2018 for Caesars to file responses to Plaintiffs' First Amended Complaint (ECF No. 9) shall be extended to 30 days from the date that this Court issues a final ruling on the Subject Matter Jurisdiction Motion;

2.  The deadline for Caesars to file the Subject Matter Jurisdiction Motion in the instant case shall be March 14, 2018;

3.  Plaintiffs' Motion to Consolidate (ECF No. 6) shall be stayed until 30 days from the date that this Court issues a final ruling on the Subject Matter Jurisdiction Motion; and

4.  The instant case shall be consolidated with the Subsequent Lawsuits currently before Judge Gordon, Case Nos. 2:17-cv-02841, 2:17-cv-02848, 2:17-cv-02859, and 2:17-cv-02930, for the limited purpose of determining the Subject Matter Jurisdiction Motion.  At this time, Plaintiffs and Caesars do not stipulate to consolidate for any other determination or purpose.

These stipulations are made in agreement between Plaintiffs and Caesars and are warranted because they conserve judicial and party resources by allowing for an efficient determination of common issues of law that exist in multiple related lawsuits. Plaintiffs reserve all rights to seek coordination or consolidation with respect to issues other than subject matter jurisdiction at a later date.  Pursuant to the Agreement, filing of the Subject Matter Jurisdiction Motion does not constitute a waiver of any defense or argument and shall not preclude Caesars

13665376

3

from asserting any additional defenses or arguments at a later date, including, without limitation, any defenses or motions permitted by Federal Rule of Civil Procedure 12(b).  The parties to the Resort Fee Lawsuits reserve their rights regarding arbitration.

Plaintiffs and Caesars also respectfully request a status conference on a date chosen by the Court to facilitate the stipulations and legal briefing set forth in the Agreement and above.

DATED: February 14, 2018.

**FENNEMORE CRAIG, P.C.**

By: ___/s/ John D. Tennert_____
    Thomas H. Fell, Esq. (SBN 3717)
    John D. Tennert, Esq. (SBN 11728)
    300 S. Fourth St., Suite 1400
    Las Vegas, NV  89101
    Tel:  (702) 692-8000
    tfell@fclaw.com
    jtennert@fclaw.com

*Attorneys for Defendants*

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: __/s/__ Don Springmeyer_____
    Don Springmeyer, Esq. (SBN 1021)
    Bradley Schrager, Esq. (SBN 10217)
    3556 E. Russell Road, 2nd Floor
    Las Vegas, NV  89120-2234
    Tel:  (702) 341-5200
    dspringmeyer@wrslawyers.com
    bschrager@wrslawyers.com

*Attorneys for Plaintiffs*

**<u>ORDER</u>**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

13665376

4

1

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on February 14, 2018, a true and correct copy of the **STIPULATION AND [PROPOSED] ORDER TO: (1) EXTEND THE DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT (Second Request) [ECF NO. 9]; (2) SET A DEADLINE FOR DEFENDANTS TO FILE A MOTION TO DISMISS ON THE BASIS OF SUBJECT MATTER JURISDICTION; AND (3) STAY PLAINTIFFS' MOTION TO CONSOLIDATE [ECF NO 6.] and REQUEST FOR STATUS CONFERENCE** was transmitted electronically through the Court's e-filing electronic notice system to the attorney(s) associated with this case.  If electronic notice is not indicated through the court's e-filing system, then a true and correct <u>paper</u> copy of the foregoing document was delivered via U.S. Mail.

Michael Dell'Angelo, Esq.
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA  19103
mdellangelo@bm.net
*Attorneys for Plaintiffs*

R. Bryant McCulley, Esq.
McCulley McCluer PLLC
1022 Carolina Blvd., Suite 300
Charleston, SC  29451
bmcculley@mcculleymccluer.com
*Attorneys for Plaintiffs*

Don Springmeyer, Esq.
Bradley Schrager, Esq.
Wolf, Rifkin, Shapiro, Schulman
    & Rabkin, LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, NV  89120-2234
Tel:  (702) 341-5200
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com
*Attorneys for Plaintiffs*

_____
   /s/  Pamela Carmon
An Employee of Fennemore Craig, P.C.

13665376

5

1

2

**<u>EXHIBIT INDEX</u>**

3

| DESCRIPTION | EXHIBIT |
|---|---|
| Final Agreement In Support of Subject Matter Jurisdiction Motion | 1 |
| | |
| | |
| | |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

13665376

# Exhibit 1

Agreement Among the Parties
Re: Case Consolidation for the Purpose of
Determining Subject Matter Jurisdiction

# Exhibit 1

## AGREEMENT AMONG THE PARTIES REGARDING CASE CONSOLIDATION FOR THE PURPOSE OF DETERMINING SUBJECT MATTER JURISDICTION

On November 10, 2017, Margarita Cabral and numerous other named plaintiffs (the "Plaintiffs") brought Case No. 2:17-cv-02841-APG-VCF in the United States District Court for the District of Nevada alleging that Caesars Entertainment Corporation and related entities (collectively, "Caesars") improperly applied Clark County, Nevada's Combined Transient Lodging Tax to charges for internet access.   Subsequently, counsel for Plaintiffs filed the following nine additional lawsuits (the "Subsequent Lawsuits") in the same federal district court:

- *Phelps et al. v. MGM Resorts International et al.*, Case No. 2:17-cv-02848-APG-CWH (filed on November 13, 2017);

- *Martinez et al. v. Las Vegas Sands Corp. et al.*, Case No. 2:17-cv-02859-APG-NJK (filed on November 14, 2017);

- *Schnitzer et al. v. Wynn Resorts, Ltd. et al.*, Case No. 2:17-cv-02868-RFB-GWF (filed on November 15, 2017);

- *Bowes et al. v. Nevada Property 1 LLC*, Case No. 2:17-cv-02913-GMN-VCF (filed on November 20, 2017);

- *Chapman v. Penn National Gaming, Inc. et al.*, Case No. 2:17-cv-02924-GMN-PAL (filed on November 21, 2017);

- *Shapiro v. Treasure Island, LLC*, Case No. 2:17-cv-02930-APG-CWH (filed on November 22, 2017);

- *Inman v. Las Vegas Resort Holdings, LLC*, Case No. 2:17-cv-02950-JAD-NJK (filed on November 28, 2017);

- *DiNino v. Four Seasons Hotels Inc.*, Case No. 2:17-cv-2961-JAD-GWF (filed on November 29, 2017); and

- *Robinson v. Westgate Resorts Inc.*, Case No. 2:18-cv-95-JAD-CDH (filed on January 17, 2018).

Each of the complaints filed by counsel for Plaintiffs (collectively, the "Resort Fee Lawsuits") contains virtually identical allegations and requests for relief. Each case will also likely involve a similar determination of whether the adjudicating court has subject matter jurisdiction over the action. In an effort to avoid duplicative legal briefing and efficiently address the common issue of subject matter jurisdiction, the parties to the Resort Fee Lawsuits, by and through their undersigned counsel, hereby agree as follows:

1.  The parties in each of the Subsequent Lawsuits shall file a stipulation to stay their respective cases pending a determination by the court in Case No. 2:17-cv-02841-APG-VCF, or by a court resolving this issue on appeal, of whether the Court may exercise subject matter jurisdiction over Plaintiffs' claims.

2.  The parties in each of the Resort Fee Lawsuits before Judge Andrew Gordon, Case Nos. 2:17-cv-02841, 2:17-cv-02848, 2:17-cv-02859, and 2:17-cv-02930, shall stipulate to consolidate those cases for the limited purpose of determining subject matter jurisdiction. At this time, the parties do not agree to consolidate the Resort Fee Lawsuits for any other determination or purpose.

3.  Caesars shall coordinate with defendants in the Subsequent Lawsuits to present a single motion to dismiss on the basis of subject matter jurisdiction (the "Subject Matter Jurisdiction Motion") that shall be filed by Caesars in Case No. 2:17-cv-02841-APG-VCF.

4.  Caesars and Plaintiffs shall stipulate to stay the Motion to Consolidate filed November 30, 2017 in Case No. 2:17-cv-02841-APG-VCF. (ECF No. 6), until 30 days from the date that Judge Gordon issues a final ruling on the Subject Matter Jurisdiction Motion.

5.  Filing of the Subject Matter Jurisdiction Motion in Case No. 2:17-cv-02841-APG-VCF does not constitute a waiver of any defense or argument and shall not preclude Caesars or defendants in the Subsequent Lawsuits from asserting any additional defenses or arguments at a later date, including, without

limitation, any defenses or motions permitted by Federal Rule of Civil Procedure 12(b). The parties to the Resort Fee Lawsuits reserve their rights regarding arbitration.

6. Caesars and Plaintiffs shall file a stipulation providing that the deadline for filing the Subject Matter Jurisdiction Motion in Case No. 2:17-cv-02841-APG-VCF shall be March 14, 2018.

7. The parties in each of the Resort Fee Lawsuits shall file a stipulation providing that the current deadline to respond to the operative complaint or to file motions to dismiss shall be extended to 30 days from the date that Judge Gordon issues a final ruling on the Subject Matter Jurisdiction Motion.

8. The parties in each of the Subsequent Lawsuits not before Judge Gordon shall file a stipulation providing that plaintiffs in each of the Subsequent Lawsuits not before Judge Gordon will either voluntarily dismiss their respective complaints, or stay those cases pending appeal, should plaintiffs choose to appeal, if Judge Gordon grants the Subject Matter Jurisdiction Motion.

9. The parties in each of the Subsequent Lawsuits not before Judge Gordon shall file a stipulation providing that, if Judge Gordon denies the Subject Matter Jurisdiction Motion, defendants will not re-file the Subject Matter Jurisdiction Motion in their respective cases.

10. In the event a court denies or modifies a stipulation to stay provided for in paragraph 1 or a stipulation to consolidate provided for in paragraph 2, the parties to such lawsuit shall meet and confer to determine how to proceed in that case. The denial or modification of any stipulation in one of the Subsequent Lawsuits shall not alter the parties' obligations under paragraphs 1 and 2 in any other Subsequent Lawsuit.

This Agreement may be executed in counterparts and shall be deemed executed when counterparts of this Agreement have been executed by all the parties; such

counterparts taken together shall be deemed to be the Agreement.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: _____
Don Springmeyer, Esq. (SBN 1021)
Bradley Schrager, Esq. (SBN 10217)
3556 E. Russell Road, 2nd Floor
Las Vegas, NV  89120-2234
Tel:  (702) 341-5200
dspringmeyer@wrslawyers.com
bschrager@wrslawyers.com

*Attorneys for Plaintiffs*

**FENNEMORE CRAIG, P.C.**

By: _____
Thomas H. Fell, Esq. (SBN 3717)
John D. Tennert, Esq. (SBN 11728)
300 S. Fourth St., Suite 1400
Las Vegas, NV  89101
Tel:  (702) 692-8000
tfell@fclaw.com
jtennert@fclaw.com

*Attorneys for Caesars*

**SNELL & WILMER, L.L.P.**

By: _____
Alex L. Fugazzi, Esq. (SBN 9022)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Tel:  (702) 784-5202
afugazzi@swlaw.com

Douglas C. Rawles (*pro hac vice pending*)
Raffi Kassabian (*pro hac vice pending*)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

*Attorneys for
Nevada Property 1 LLC
d/b/a  the Cosmopolitan of Las Vegas*

**GREENBERG TRAURIG, LLP**

By: _____
Donald Prunty, Esq. (SBN 8230)
Suite 400 North
3773 Howard Hughes Parkway
Las Vegas, NV  89169
Tel:  (702) 938-6890
PruntyD@gtlaw.com

*Attorneys for Sands Properties*

counterparts taken together shall be deemed to be the Agreement.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: _____
    Don Springmeyer, Esq. (SBN 1021)
    Bradley Schrager, Esq. (SBN 10217)
    3556 E. Russell Road, 2nd Floor
    Las Vegas, NV  89120-2234
    Tel:  (702) 341-5200
    dspringmeyer@wrslawyers.com
    bschrager@wrslawyers.com

    *Attorneys for Plaintiffs*

**FENNEMORE CRAIG, P.C.**

By: _____
    Thomas H. Fell, Esq. (SBN 3717)
    John D. Tennert, Esq. (SBN 11728)
    300 S. Fourth St., Suite 1400
    Las Vegas, NV  89101
    Tel:  (702) 692-8000
    tfell@fclaw.com
    jtennert@fclaw.com

    *Attorneys for Caesars*

**SNELL & WILMER, L.L.P.**

By: _____
    Alex L. Fugazzi, Esq. (SBN 9022)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV  89169
    Tel:  (702) 784-5202
    afugazzi@swlaw.com

    Douglas C. Rawles *(pro hac vice pending)*
    Raffi Kassabian *(pro hac vice pending)*
    REED SMITH LLP
    355 South Grand Avenue, Suite 2900
    Los Angeles, CA 90071

    *Attorneys for*
    *Nevada Property 1 LLC*
    *d/b/a  the Cosmopolitan of Las Vegas*

**GREENBERG TRAURIG, LLP**

By: _____
    Donald Prunty, Esq. (SBN 8230)
    Suite 400 North
    3773 Howard Hughes Parkway
    Las Vegas, NV  89169
    Tel:  (702) 938-6890
    PruntyD@gtlaw.com

    *Attorneys for Sands Properties*

counterparts taken together shall be deemed to be the Agreement.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: _____
    Don Springmeyer, Esq. (SBN 1021)
    Bradley Schrager, Esq. (SBN 10217)
    3556 E. Russell Road, 2nd Floor
    Las Vegas, NV  89120-2234
    Tel:  (702) 341-5200
    dspringmeyer@wrslawyers.com
    bschrager@wrslawyers.com

    *Attorneys for Plaintiffs*

**FENNEMORE CRAIG, P.C.**

By: _____
    Thomas H. Fell, Esq. (SBN 3717)
    John D. Tennert, Esq. (SBN 11728)
    300 S. Fourth St., Suite 1400
    Las Vegas, NV  89101
    Tel:  (702) 692-8000
    tfell@fclaw.com
    jtennert@fclaw.com

    *Attorneys for Caesars*

**SNELL & WILMER, L.L.P.**

By: _____
    Alex L. Fugazzi, Esq. (SBN 9022)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV  89169
    Tel:  (702) 784-5202
    afugazzi@swlaw.com

    Douglas C. Rawles
    *(Admitted Pro Hac Vice)*
    Raffi Kassabian
    *(Admitted Pro Hac Vice)*
    REED SMITH LLP
    355 South Grand Avenue, Suite 2900
    Los Angeles, CA 90071

    *Attorneys for*
    *Nevada Property 1 LLC*
    *d/b/a  the Cosmopolitan of Las Vegas*

**GREENBERG TRAURIG, LLP**

By: _____
    Donald Prunty, Esq. (SBN 8230)
    Suite 400 North
    3773 Howard Hughes Parkway
    Las Vegas, NV  89169
    Tel:  (702) 938-6890
    PruntyD@gtlaw.com

    *Attorneys for Sands Properties*

counterparts taken together shall be deemed to be the Agreement.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: _____
    Don Springmeyer, Esq. (SBN 1021)
    Bradley Schrager, Esq. (SBN 10217)
    3556 E. Russell Road, 2nd Floor
    Las Vegas, NV 89120-2234
    Tel: (702) 341-5200
    dspringmeyer@wrslawyers.com
    bschrager@wrslawyers.com

    *Attorneys for Plaintiffs*

**FENNEMORE CRAIG, P.C.**

By: _____
    Thomas H. Fell, Esq. (SBN 3717)
    John D. Tennert, Esq. (SBN 11728)
    300 S. Fourth St., Suite 1400
    Las Vegas, NV 89101
    Tel: (702) 692-8000
    tfell@fclaw.com
    jtennert@fclaw.com

    *Attorneys for Caesars*

**SNELL & WILMER, L.L.P.**

By: _____
    Alex L. Fugazzi, Esq. (SBN 9022)
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, NV 89169
    Tel: (702) 784-5202
    afugazzi@swlaw.com

    Douglas C. Rawles (*pro hac vice pending*)
    Raffi Kassabian (*pro hac vice pending*)
    REED SMITH LLP
    355 South Grand Avenue, Suite 2900
    Los Angeles, CA 90071

    *Attorneys for*
    *Nevada Property 1 LLC*
    *d/b/a the Cosmopolitan of Las Vegas*

**GREENBERG TRAURIG, LLP**

By: _____
    Donald Prunty, Esq. (SBN 8230)
    Suite 400 North
    3773 Howard Hughes Parkway
    Las Vegas, NV 89169
    Tel: (702) 938-6890
    PruntyD@gtlaw.com

    *Attorneys for Sands Properties*

**PISANELLI BICE PLLC**

By: _____

    Todd L. Bice, Esq. (SBN 4534)
    Robert A. Ryan, Esq. (SBN 12084)
    400 South 7th Street, Suite 300
    Las Vegas, NV  89101
    Tel:  (702) 214-2108
    tlb@pisanellibice.com
    rr@pisanellibice.com

    *Attorneys for*
    *the Wynn Parties (17-02868) and the*
    *MGM Parties (17-02848 and 17-02961)*

**GREENSPOON MARDER LLP**

By: _____

    Richard W. Epstein, Esq. (Florida Bar
    #No. 229091) *(pro hac vice pending)*
    200 East Broward Boulevard, Suite 1800
    Fort Lauderdale, FL 33301
    Tel:  (954) 491-1120
    richard.epstein@gmlaw.com

    *Attorneys for Westgate*

**BALLARD SPAHR LLP**

By: _____

    Joel Tasca, Esq. (SBN 14124)
    Lindsay Demaree, Esq. (SBN 11949)
    Russell Burke, Esq. (SBN 12710)
    One Summerlin
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, NV 89135-2958
    Tel:  (702) 868-7511
    tasca@ballardspahr.com
    demareel@ballardspahr.com

    *Attorneys for Penn National Gaming,*
    *Inc., Tropicana Los Vegas Hotel and*
    *Casino, Inc., Tropicana Las Vegas, Inc.,*
    *Treasure Island, LLC, and Ruffin*
    *Acquisition, LLC*

**PISANELLI BICE PLLC**


By: _____
     Todd L. Bice, Esq. (SBN 4534)
     Robert A. Ryan, Esq. (SBN 12084)
     400 South 7th Street, Suite 300
     Las Vegas, NV  89101
     Tel:  (702) 214-2108
     tlb@pisanellibice.com
     rr@pisanellibice.com

*Attorneys for*
*the Wynn Parties (17-02868) and the*
*MGM Parties (17-02848 and 17-02961)*


**GREENSPOON MARDER LLP**


By: _____
     Richard W. Epstein, Esq. (Florida Bar
     #No. 229091) *(pro hac vice pending)*
     200 East Broward Boulevard, Suite 1800
     Fort Lauderdale, FL 33301
     Tel:  (954) 491-1120
     richard.epstein@gmlaw.com

*Attorneys for Westgate*


**BALLARD SPAHR LLP**


By: _____
     Joel Tasca, Esq. (SBN 14124)
     Lindsay Demaree, Esq. (SBN 11949)
     Russell Burke, Esq. (SBN 12710)
     One Summerlin
     1980 Festival Plaza Drive, Suite 900
     Las Vegas, NV 89135-2958
     Tel:  (702) 868-7511
     tasca@ballardspahr.com
     demareel@ballardspahr.com

*Attorneys for Penn National Gaming,*
*Inc., Tropicana Los Vegas Hotel and*
*Casino, Inc., Tropicana Las Vegas, Inc.,*
*Treasure Island, LLC, and Ruffin*
*Acquisition, LLC*

**PISANELLI BICE PLLC**

By: _____
    Todd L. Bice, Esq. (SBN 4534)
    Robert A. Ryan, Esq. (SBN 12084)
    400 South 7th Street, Suite 300
    Las Vegas, NV  89101
    Tel:  (702) 214-2108
    tlb@pisanellibice.com
    rr@pisanellibice.com

    *Attorneys for*
    *the Wynn Parties (17-02868) and the*
    *MGM Parties (17-02848 and 17-02961)*


**BALLARD SPAHR LLP**

By: _____
    Joel Tasca, Esq. (SBN 14124)
    Lindsay Demaree, Esq. (SBN 11949)
    Russell Burke, Esq. (SBN 12710)
    One Summerlin
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, NV 89135-2958
    Tel:  (702) 868-7511
    tasca@ballardspahr.com
    demareel@ballardspahr.com

    *Attorneys for Penn National Gaming,*
    *Inc., Tropicana Los Vegas Hotel and*
    *Casino, Inc., Tropicana Las Vegas, Inc.,*
    *Treasure Island, LLC, and Ruffin*
    *Acquisition, LLC*


**GREENSPOON MARDER LLP**

By: _____
    Richard W. Epstein, Esq. (Florida Bar
    #No. 229091) *(pro hac vice pending)*
    200 East Broward Boulevard, Suite 1800
    Fort Lauderdale, FL 33301
    Tel:  (954) 491-1120
    richard.epstein@gmlaw.com

    *Attorneys for Westgate*